

# Fourth Court of Appeals
## San Antonio, Texas

May 31, 2016

No. 04-16-00121-CV

Nancy **ALANIS**,
Appellant

v.

**WELLS FARGO BANK NATIONAL ASSOCIATION**, as Trustee for the Pooling and Servicing Agreement Dated October 1, 2006 Securitized Asset Backed Receivables LLC Trust 2006-NC3 Mortgage Pass Through Certificates Series 2006 NC3; Homeq Servicing Corporation, Appellees

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-02839
Honorable Gloria Saldana, Judge Presiding

# O R D E R

Appellant's brief was originally due May 16, 2016. Appellant filed a motion to extend time to file the brief, asking for an additional sixty days. We granted the motion in part, ordering appellant to file her brief on or before June 15, 2016 – an extension of thirty days. Appellant has now filed a second motion for extension of time to file her brief, asking for an extension to July 30, 2016 – an additional forty-five days. We **GRANT IN PART** and DENY IN PART appellant's second motion for extension of time to file appellant's brief. We **GRANT** appellant an extension of thirty days to file the brief and **ORDER** appellant to file her brief in this court on or before July 15, 2016.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of May, 2016.

_____
Keith E. Hottle
Clerk of Court